EDWARD J. NEVIN, Esq. (SBN 041226)
KENNETH C. ABSALOM, Esq. (SBN 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

RICHARD J. PLEZIA
BRIDGIT WHITE
Richard J. Plezia & Associates
11200 Westheimer Road, Suite 620
Houston, TX 77042
Telephone: 713-800-151

Attorneys for Plaintiff
GAY E. FERGUSON, individually and
as representative of the ESTATE OF
DIANNE SUSAN FERGUSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAY E. FERGUSON, et al., | Case No. C 09-05323 JW |
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | |
| ALZA CORPORATION, et al., | |
| Defendants. | |

Plaintiff in this action has advised the court that he has agreed to the dismissal of the above-referenced matter.

IT IS HEREBY ORDERED THAT this matter is DISMISSED WITH PREJUDICE. The Clerk shall close this file.

Dated: February 18, 2011

_____
JAMES WARE
United States Chief District Court Judge

Ferguson v. Alza Corporation, case no. C 09-05323 PVT